UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMAULDO BAUTISTA,
*on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

               Plaintiff,

-against-

PB WEALTH INC. d/b/a SENN THAI COMFORT FOOD, 9 SANN INC. d/b/a SENN THAI COMFORT FOOD, PRASNEEYA PRADITPOJ, SUPHANG UTHAISANGSAKUL, and WALAILUK MURRAY

               Defendants.

Case No.: 21-CV-1201

**[PROPOSED]**
**RULE 68 JUDGMENT**

     **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant PB Wealth Inc. having offered to allow Plaintiff Romauldo Bautista ("Plaintiff") to take a judgment against PB Wealth Inc., in the sum of Seven Thousand Nine Hundred Seventy-Five Dollars and No Cents ($7,975.00), in accordance with the terms and conditions of PB Wealth Inc.'s Rule 68 Offer dated August 3, 2021 and filed as Exhibit A to Docket Number 30;

     **WHEREAS**, on August 6, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant PB Wealth Inc.'s Offer of Judgement (Dkt. No. 30);

     It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Romauldo Bautista, in the sum of Seven Thousand Nine Hundred Seventy-Five Dollars and No Cents ($7,975.00), in accordance with the terms and conditions of Defendant PB Wealth Inc.'s Rule 68 Offer dated August 3, 2021 and filed as Exhibit A to Docket Number 30. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _____, 2021         _____
      New York, New York                                   U.S.D.J.